IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANS W/DISABILITIES ADVOCATES,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERCO,<br><br>  Defendant.<br>_____/ | No. 03-01430 CW<br>  03-01432 CW<br>  03-01439 CW<br>  03-01440 CW<br>  03-01441 CW<br>  03-03322 CW<br>  03-03326 CW<br>  03-03983 CW<br>  03-03984 CW<br>  03-03985 CW<br>  03-03986 CW<br>  03-04039 CW<br>  03-04040 CW<br>  03-04041 CW<br>  03-04314 CW<br><br>ORDER DISMISSING<br>CONSOLIDATED<br>CASES |

The above-captioned cases having been consolidated for all further proceeding with C-03-1428 CW, <u>Americans with Disabilities Advocates v. AMERCO</u>,

IT IS HEREBY ORDERED that:

There appears to be no further reason at this time to maintain these files as open ones for statistical purposes, and the Clerk is instructed to submit the JS-6 Forms to the Administrative Office.

2. Nothing contained in this Order shall be considered a

1  dismissal or disposition of these actions, and, should further
2  proceedings become necessary or desirable, any party may initiate
3  it in the same manner as if this Order had not been entered.

```
        9/8/05
Dated _____         _____
                                      CLAUDIA WILKEN
                                      United States District Judge
```

*Claudia Wilken* (signature)